# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>C. LEWIS, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01215-LJO-BAM-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No.17)<br><br>ORDER DISMISSING DEFENDANT DEPUTY LOPEZ |

Plaintiff is a Fresno County Jail inmate proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

On January 11, 2016 findings and recommendations were entered, recommending that Defendant Deputy Lopez be dismissed for failure to state a claim. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the record to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on January 11,

2016, are adopted in full;

    2.    Defendant Deputy Lopez is dismissed from this action for Plaintiff's failure to state a claim against him.

IT IS SO ORDERED.

    Dated:   **February 18, 2016**          **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE