# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER LEWIS,<br><br>　　　　Defendant. | Case No.  1:15-cv-01215-LJO-BAM-PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO STAY WITHIN THIRTY DAYS<br><br>(ECF NO. 23) |

　　　　Plaintiff James Henry Rodriguez, a Fresno County Jail inmate, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On February 29, 2016, Defendant Lewis filed a motion to stay this action pending Plaintiff's criminal prosecution. (ECF No. 23.)  Plaintiff has not filed an opposition to the motion.  Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED the file an opposition or a statement of non-opposition to Defendant's motion within twenty-one (21) days.  **Plaintiff is warned that the failure to comply with this order will result in a recommendation that this action be dismissed, with prejudice, for failure to prosecute and to obey a court order.**

IT IS SO ORDERED.

　　　Dated:   **April 20, 2016**　　　　　　　　　　/s/ *Barbara A. McAuliffe*　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE